# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

131275

ROGER E. COLE, Personal Representative
of the Estate of Laura Kinney, Deceased,
        Plaintiff-Appellee,

v

WILLIAM KEATING, M.D.,
        Defendant-Appellant,

and

HILLSDALE COMMUNITY HEALTH
CENTER,
        Defendant.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131275
COA: 268688
Hillsdale CC: 05-000655-NH

By order of October 17, 2007, the application for leave to appeal the April 18, 2006 order of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk